# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : No. 527 |
| | : |
| APPOINTMENT TO THE CRIMINAL | : CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of December, 2020, the Honorable Michael H. Sholley, Snyder and Union Counties, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of six years, commencing January 1, 2021.